## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

THOMAS WASHAM,

                Plaintiff

     v.

DOCTOR PRINCE, *et al.*,

                Defendants.

CIVIL ACTION NO. 1:25-CV-01365

(MEHALCHICK, J.)

## <u>ORDER</u>

AND NOW, this 15th day of December, 2025, upon preliminary screening of Plaintiff's complaint (Doc. 1), noting that the complaint is subject to dismissal for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. Plaintiff shall FILE any amended complaint within 30 days of this order.

2. Failure to timely file an amended complaint will result in dismissal of this case pursuant to 28 U.S.C. § 1915A.

3. In response to Plaintiff's letter indicating that he did not receive an unspecified mailing from the Court (Doc. 14), the Clerk is DIRECTED to provide Plaintiff with a copy of the docket.

4. Any further relief related to Plaintiff's allegations of mail interference (Doc. 14) is DENIED without prejudice to any claims raised in an amended complaint.

5. Because his complaint does not state a claim for relief, Plaintiff's motions for appointment of counsel (Doc. 15) and preliminary injunctive relief (Doc. 16) are DENIED.

Click here to enter a date.

*s/ Karoline Mehalchick*

**KAROLINE MEHALCHICK**
**United States District Judge**